JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROSALES, | Case No. CV 11-8290 DSF (CWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| BANK OF AMERICA, et al., | |
| Defendants. | |

On December 2, 2011, plaintiff filed a notice of voluntary dismissal, with prejudice, as to defendants Bank of America, N.A., Mortgage Electronic Registration Systems, Inc., and Federal Home Loan Mortgage Corporation. An Order to Show Cause re Failure to Prosecute was issued February 7, 2012 as to the remaining unserved defendants. Plaintiff did not respond. Therefore,

IT IS ORDERED AND ADJUDGED that plaintiff take nothing and that the action be dismissed with prejudice as to Bank of America, N.A., Mortgage Electronic Registration Systems, Inc., and Federal Home Loan Mortgage Corporation and without prejudice as to the other defendants.

Dated:   3/8/12

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　United States District Judge